JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd.
San Jose, California 95113
Telephone: (408) 535-5044
Facsimile: (408) 535-5081
Email: jscharf@usdoj.gov

Attorneys for Defendants
Geithner and Allison

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHU VAN NGUYEN, HAI THI NGUYEN, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>BAC HOME LOAN SERVICES, LP, TIMOTHY F. GEITHNER, in his capacity as United States Secretary of the Treasury, Department of the Treasury, HENRY ALLISON, JR., in his capacity as Assistant Secretary for Financial Stability, U.S. Department of the Treasury, EDWARD De MARCO, in his capacity as Acting Director, Federal Housing Finance Agency, FEDERAL NATIONAL MORTGAGE ASSOCIATION, MICHAEL J. WILLIAMS, in his capacity as President and Chief Executive Officer, Federal National Mortgage Association, ERIC SCHUPPENHAUER, in his capacity as Senior Vice President, Federal National Mortgage Association,<br><br>Defendants. | Case No 10 C 01712 RMW.<br><br>**NOTICE OF ENTRY OF DISMISSAL** |

TO: THE CLERK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the state court clerk entered the attached dismissal of defendants Geithner and Allison *before* the state court clerk received notice that this case had been removed to federal court. Accordingly, it remains in full force and effect.[1]

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 3, 2010 By: /S/
JAMES A. SCHARF
Assistant United States Attorney

---

[1] The filing of a copy of the notice of removal with the clerk of the state court "shall effect the removal . . . ." 28 U.S.C. Section 1447(d). All "orders and other proceedings had in (state court) action prior to its removal shall remain in full force and effect until dissolved or modified by the district court." 28 U.S.C. Section 1450.

# Attachment A

CIV-110

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Phu Van Nguyen
Hai Thi Nguyen
2774 Ronco Drive
San Jose, Ca 93132
TELEPHONE NO.: 408-465-6676 FAX NO. (Optional):
E-MAIL ADDRESS (Optional): pnguyen@saferus.biz
ATTORNEY FOR (Name): PRO SE

FOR COURT USE ONLY

J. Gao-Nguyen

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, Ca 95113-1001
BRANCH NAME: Downtown Courthouse, Civil Division

PLAINTIFF/PETITIONER: Phu Van Nguyen, Hai Thi Nguyen
DEFENDANT/RESPONDENT: BAC Home Loan Services, LP, ET AL.,

## REQUEST FOR DISMISSAL

- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle
  - [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [x] Other (specify) : Breach of Contract, Etc.

CASE NUMBER: 110CV166844
"BY FAX"

**- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -**

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice (2) [x] Without prejudice
   b. (1) [ ] Complaint (2) [ ] Petition
   (3) [ ] Cross-complaint filed by (name): on (date):
   (4) [ ] Cross-complaint filed by (name): on (date):
   (5) [ ] Entire action of all parties and all causes of action
   (6) [x] Other (specify):* Claims Against Defendants Timothy F. Geithner and Henry Allison Jr. ONLY, with EACH PARTY BEARING ITS OWN FEES, COSTS AND EXPENSES.

2. (Complete in all cases except family law cases.)
   [ ] Court fees and costs were waived for a party in this case. (This information may be obtained from the clerk. If this box is checked, the declaration on the back of this form must be completed).

Date: APRIL 21, 2010
APRIL 21, 2010

PHU VAN NGUYEN
HAI THI NGUYEN
(TYPE OR PRINT NAME OF [ ] ATTORNEY [x] PARTY WITHOUT ATTORNEY)

[signature] (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[x] Plaintiff/Petitioner [ ] Defendant/Respondent
[ ] Cross–Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

(SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner [ ] Defendant/Respondent
[ ] Cross–Complainant

(To be completed by clerk)
4. [x] Dismissal entered as requested on (date): APR 22 2010
5 [ ] Dismissal entered on (date): as to only (name):
6. [ ] Dismissal **not entered** as requested for the following reasons (specify):
7. a. [x] Attorney or party without attorney notified on (date): APR 22 2010
   b. [ ] Attorney or party without attorney not notified. Filing party failed to provide
   [ ] a copy to be conformed [ ] means to return conformed copy

Date: APR 22 2010 Clerk, by J. Gao-Nguyen, Deputy

CIV-110

| PLAINTIFF/PETITIONER: Phu Van Nguyen, Hai Thi Nguyen<br>DEFENDANT/RESPONDENT: BAC Home Loan Services, LP, ET AL., | CASE NUMBER:<br>110CV166844 |
|---|---|

## Declaration Concerning Waived Court Fees

The court has a statutory lien for waived fees and costs on any recovery of $10,000 or more in value by settlement, compromise, arbitration award, mediation settlement, or other recovery. The court's lien must be paid before the court will dismiss the case.

1. The court waived fees and costs in this action for *(name)*:
2. The person in item 1 (*check one)*:
   a. ☐ is not recovering anything of value by this action.
   b. ☐ is recovering less than $10,000 in value by this action.
   c. ☐ is recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*
3. ☐ All court fees and costs that were waived in this action have been paid to the court *(check one)*: ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: ______________________

______________________ ▶ ______________________

(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION) (SIGNATURE)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF ENTRY OF DISMISSAL**

**PHU VAN NGUYEN, HAI THI NGUYEN v. UNITED STATES OF AMERICA, et al**
**Case No. 10-01712 RMW**

to be served this date upon the party(ies) as follows:

_√____**FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

**Phu Van Nguyen**
**Hai Thi Nguyen**
**2774 Ronco Drive**
**San Jose, Ca 93132**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 4, 2010, at San Jose, California.

/s/ *Mimi Lam*

______________________________

Mimi Lam
Legal Assistant