WILMER CUTLER PICKERING
  HALE AND DORR LLP
Jonathan A. Shapiro (SBN 257199)
jonathan.shapiro@wilmerhale.com
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

*E-FILED - 8/12/10*

*Attorneys for Defendants Federal National Mortgage Association;
Michael J. Williams; and Eric Schuppenhauer*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PHU VAN NGUYEN, HAI THI NGUYEN, Husband and Wife,<br><br>          Plaintiffs,<br><br>v.<br><br>BAC HOME LOAN SERVICES, LP, 400 Countrywide Way SV-35, Simi Valley, CA 93065<br><br>EDWARD DEMARCO, in his capacity as Acting Director, Federal Housing Finance Agency, 1700 G Street, NW, 4th Floor, Washington, DC 20552<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892<br><br>MICHAEL J. WILLIAMS, in his capacity as President and Chief Executive Officer, Federal National Mortgage Association, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892<br><br>ERIC SCHUPPENHAUER, in his capacity as Senior Vice President, Federal National Mortgage Association, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2892<br><br>          Defendants. | Case No. C10-1712-RMW<br><br>[XXXXXXXXXX **ORDER GRANTING JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND MODIFYING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

- 1 -
XXXXXXX ORDER GRANTING JOINT STIPULATION CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE AND MODIFYING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES - CASE NO.: C10-1712-RMW

1  Having reviewed the parties' joint filing submitted on July 22, 2010, and good cause
2  appearing therefore,
3  IT IS HEREBY ORDERED THAT:
4  1. The initial case management conference scheduled for August 13, 2010 at 10:30 a.m.
5  is continued until October 1, 2010 to coincide with the hearings on defendants' motions to dismiss.
6  2. The deadlines set forth in the Order Setting Initial Case Management Conference and
7  ADR Deadlines are continued until further notice.

**IT IS SO ORDERED.**

Date: _____8/12_____, 2010

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

-2-
XXXXXXXX ORDER GRANTING JOINT STIPULATION CONTINUING INITIAL CASE
MANAGEMENT CONFERENCE AND MODIFYING ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES - CASE NO.: C10-1712-RMW

US1DOCS 7607986v1