**E-FILED on** __10/28/10__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHU VAN NGUYEN and HAI THI NGUYEN, <br><br> PlaintiffS, <br><br> v. <br><br> BAC HOME LOAN SERVICING, LP, BANK OF AMERICA, and RECONTRUST COMPANY, <br><br> Defendants. | No. C-10-01712 RMW <br><br><br> ORDER VACATING HEARING ON MOTION TO DISMISS AS MOOT <br><br><br> **[Re Docket No. 46]** |

On September 30, 2010, defendant Edward DeMarco moved to be dismissed as a defendant from this action for lack of service. On October 18, 2010, plaintiffs filed a First Amended Complaint, in which Edward DeMarco is no longer named as a defendant. The court therefore vacates the hearing on the motion to dismiss as moot because defendant Edward DeMarco has been voluntarily dismissed.

DATED:     10/28/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING ON MOTION TO DISMISS AS MOOT—No. C-10-01712 RMW
CCL