David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
Molly A. Taylor (SBN 245985)
Email: mataylor@reedsmith.com
Matthew J. Brady (SBN 254333)
Email: mbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*E-FILED - 11/30/10*

Attorneys for Defendants,
Bank of America, N.A., BAC Home Loan
Services, LP, and Recontrust Company, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHU VAN NGUYEN, HAI THI NGUYEN,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America, BAC Home Loans Services LP and Recontrust Company,<br><br>Defendants. | Case No. C10-01712-RWM<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES**<br><br>Date: November 19, 2010<br>Time: 10:30 a.m.<br>Dept: 6<br><br>First Amended Complt. Filed: October 18, 2010<br>Honorable Ronald M. Whyte |

This Stipulation is made by and between defendants Bank of America, N.A., BAC Home Loan Services, LP, and Recontrust Company, N.A. (collectively "Defendants") and plaintiffs Phu Van Nguyen, and Hai Thi Nguyen (collectively "Plaintiffs") through their counsel of record based on the following facts:

STIPULATION

WHEREAS, on October 18, 2010 Plaintiffs filed their First Amended Complaint (Doc. No. 48);

WHEREAS, Defendants intend on filing a motion to dismiss the First Amended Complaint on November 1, 2010, which will be heard no sooner than December 17, 2010;

1  WHEREAS, there is currently a Case Management Conference scheduled in this matter on
2  November 19, 2010;
3  WHEREAS, in an effort to preserve judicial economy, the Parties request that the November
4  19, 2010 conference and all associated deadlines be continued until after the pleadings in this matter
5  are settled; and
6  IT IS THEREFORE STIPULATED between Plaintiffs and Defendants by and through their
7  undersigned attorneys of record, that the Case Management Conference and all associated
8  obligations be continued for sixty (60) days, or until such other date as this Court deems appropriate.

DATED: _____, 2010.

Law Offices of Spradlin & Ferguson

By_____
Jeralyn Kay Spradlin
Attorney for Plaintiffs Phu Van Nguyen,
and Hai Thi Nguyen

DATED: 10/27, 2010.

REED SMITH LLP

By_____
Matthew J. Brady
Attorneys for Defendants,
Bank of America, N.A., BAC Home Loan Services,
LP, and Recontrust Company, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ORDER

Based on the above Stipulation of the Parties, this Court hereby orders:

1. The Case Management Conference currently set for hearing on November 19, 2010 at 10:30 a.m. is hereby vacated and continued for 60 days; and

2. A new Case Management Conference is hereby scheduled for January 21, 2011, xxxx at 10:30 in Department 6.

**SO ORDERED:**

DATED: November 30, 2010

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Judge