**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on**  12/17/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHU VAN NGUYEN, HAI THAI NGUYEN, Husband and Wife, | No. C-10-01712 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| BAC HOME LOAN SERVICES, LP, et al., | |
| Defendants. | |

On December 17, 2010, the court dismissed this action.  Therefore, it is hereby adjudged that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of the defendants.

DATED:      12/17/2010

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-10-01712 RMW
JLR